# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 19-03202-CV-S-MDH |
| ANTHONY MEYERS, | ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

Before the Court is Defendant's pro se motion to change his name on the Order of commitment and Judgment from "Anthony Meyers" to "Anthony Dejuan Chavez." (Doc. 48.) Defendant has attached the Final Judgment of the Circuit Court of Greene County, Missouri, dated March 24, 2021, changing his name from ANTHONY DEJUAN MEYERS to ANTHONY DEJUAN CHAVEZ. (Doc. 48-1.) If the name change is granted herein, Defendant also moves that the Warden of the Medical Center for Federal Prisoners ("MCFP") where he is currently housed, be notified so that the name change is reflected in his prison records.

The Government filed a Response, indicating that it has no objection to the relief requested; however, the Government further requests that the docket report, the Order of commitment and Judgment (docs. 46 and 47), and any further orders state Defendant's legal surname of "Chavez" as well as list the surname of "Meyers" as an alias. (Doc. 51.) The Government also states that Counsel for Defendant is aware of the above and has no objection. *Id*.

Upon review, the undersigned **RECOMMENDS** that Defendant's pro se motion for a name change be **GRANTED**, and the Court enter an amended Order of commitment and Judgment, changing Defendant's name as follows:

**ANTHONY DEJUAN CHAVEZ**, also known as Anthony Dejuan Meyers. Furthermore, the Clerk's Office should be directed to change Defendant's name on the CM/ECF docket report as shown above. Lastly, if the relief requested is granted, the Clerk's Office should send the Bureau of Prisons and Marshal's Office a copy of the amended order and judgement to allow them to update their records.

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: February 15, 2022