# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 19-03202-CV-S-MDH |
| ANTHONY MEYERS, | ) |
| Defendant. | ) |

## ORDER

Pursuant to the governing law and in accordance with Local Rule 72.1 of the United States District Court for the Western District of Missouri, Defendant's *pro se* motion for name change (Doc. 48) was referred to the United States Magistrate Judge for preliminary review under § 636(b), Title 28, United States Code. Defendant moves to change his name on his "judgment of commitment" from Anthony Dejuan Meyers to Anthony Dejuan Chavez. (Doc. 48-1).

The government filed a response indicating it has no objection to the relief requested but requests Defendant's legal surname "Chavez" be listed "as well as the surname of Meyers as an alias." (Doc. 51).

The Report and Recommendation recommends that Defendant's pro se motion be granted and that the Court enter an Amended Order of commitment and Judgment. (Doc. 52). The R&R suggests changing the commitment and judgment order to identify defendant as: **ANTHONY DEJAUN CHAVEZ,** also known as Anthony Dejuan Meyers. The R&R further recommends that the Clerk's office be directed to change Defendant's name on the CM/ECF docket report and that the Bureau of Prisons and Marshal's office be provided a copy of the amended order and judgment to allow them to update their records.

1

After a review of the record before the Court, the Court hereby acknowledges Defendant's last name has been legally changed from "Meyers" to "Chavez" by Order of the Greene County Circuit Court of Missouri. The Court further Orders that Defendant's name change may be added as an alias in this civil commitment case as it is now his legal name.

The Bureau of Prisons shall be notified of Defendant's legal name change and is directed to acknowledge the name change in accordance with their policy, procedures, and guidelines with regard to updating any of Defendant's records within their system as required by the applicable rules, regulations and laws governing the same.

Further, the Court notes Defendant's conviction and imposition of sentence was brought in the United States District Court for the Northern District of Illinois. (Doc. 1-1). At the time Defendant was sentenced by that court his legal name was Anthony Meyers. Even if this Court had the authority to change Defendant's legal name on the criminal judgment and commitment, which it does not believe it does, the Court declines to order any such amendment. At the time of the judgment Defendant's legal name was Anthony Meyers and since his time of incarceration his name in all BOP, Marshal, and court records has been Anthony Meyers. While the Court acknowledges Defendant's legal name change, any name change to the Judgment and Commitment is in the jurisdiction of the sentencing court. Any change in BOP records is a matter for the BOP consistent with their policies and procedures.

Finally, the Court **ORDERS** the Clerk's office to update Defendant's name in this § 4246 proceeding to include Defendant's legal name of **ANTHONY DEJUAN CHAVEZ** as an alias.

**IT IS SO ORDERED.**

DATED:  March 8, 2022

                                           _/s/ Douglas Harpool_
                                           **DOUGLAS HARPOOL**
                                           **UNITED STATES DISTRICT JUDGE**